

# Seo Law Group, PLLC
136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

April 6, 2023

Diana Y. Seo, Esq.
Tel: (718) 500-3340
Fax: (718) 504-6987
Email: diana@seolawgroup.com
**VIA ECF**
Hon. Judge J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    **Rivera, et al. v. 787 Coffee LLC, et al.**
             Case No. 1:22-cv-01596

Dear Judge Oetken:

      This office represents Defendants in the above referenced matter. I submit this letter, together with Plaintiffs, to request for an extension of time to complete the parties' mediation. On March 6, 2023, the parties requested this Court to allow *30-days to complete a mediation* and extend the discovery deadline to expire 3 weeks after the parties complete the mediation. On March 7, 2023, the Court granted the parties' request.

      Since the Court allowed the parties to complete a mediation on March 7, 2023, the parties have been confirming the availability of the mediator and the mediation schedule. After accommodating everyone's availability, the parties confirmed that they were unable to complete the mediation within the time period (e.g., 30-days from the Court's March 7, 2023's Order) permitted by the Court. However, we anticipate that the parties' will be able to participate in the mediation on **April 27, 2023**.

      As such, we respectfully request this Court to grant an extension to complete the parties' mediation until April 27, 2023 and their deadline to complete discovery to expire 3 weeks after the anticipated mediation date.

      We thank the Court for its time and attention to this matter.

                                                           Respectfully Submitted,
                                                          Seo Law Group, PLLC
                                                          By: __/s/ *Diana Seo*__
                                                          Diana Y. Seo, Esq.
cc: All counsel of record (via ECF)                  *Attorneys for Defendants*