UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Angel Rivera, on behalf of himself and others similarly situated in the proposed FLSA Collective Action,<br><br>                        Plaintiff,,<br><br>- against -<br><br>787 Coffee LLC, and Brandon Pena,<br><br>                        Defendants. | Case No. 1:22-cv-01596-JPO<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment dated July 14, 2023, and affirmation of Diana Y. Seo, sworn to on July 14, 2023, Declaration of Brandon Pena dated July 14, 2023, Local Civil Rule 56.1 Statement of Material Facts, and all papers and proceedings submitted herein, Defendants 787 Coffee LLC and Brandon Pena (collectively "Defendants"), by and through their attorneys, Seo Law Group, PLLC, will move this Court at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, NY 10007, before the Honorable Judge J. Paul Oetken, at a time and date to designated by the Court, for an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Summary Judgment and for such other and further relief as the Court deems just, proper, and equitable.

| | |
|---|---|
| Dated: Flushing, New York<br>        July 14, 2023 | SEO LAW GROUP, PLLC<br><br>_/s/ Diana Seo_<br>Diana Y. Seo, Esq.<br>136-68 Roosevelt Ave., Suite 726<br>Flushing, New York 11354<br>Tel: 718-500-3340<br>E-mail: diana@seolawgroup.com<br>*Attorneys for Defendants* |

1