UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――

ANGEL RIVERA, *on behalf of himself*, et al.,

                                Plaintiffs,

                      -v-

787 COFFEE LLC, *et al.*,

                                Defendants.

22-CV-1596 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      Following a settlement conference with the Court, the parties have reached a settlement in principle in this Fair Labor Standards Act case.  As the parties are aware, they may not dismiss this action with prejudice unless the settlement agreement has been approved by either the Court or the Department of Labor.  *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).   Any letter motion, along with the settlement agreement, shall be filed on the public docket within thirty days of this order.  The letter motion must explain why the proposed settlement is fair and reasonable and should discuss, at a minimum, the following factors:

> (1) the plaintiff's range of possible recovery; (2) the extent to which "the settlement will enable the parties to avoid anticipated burdens and expenses in establishing their respective claims and defenses"; (3) the seriousness of the litigation risks faced by the parties; (4) whether "the settlement agreement is the product of arm's-length bargaining between experienced counsel"; and (5) the possibility of fraud or collusion.

*Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (quoting *Medley v. Am. Cancer Soc.*, No. 10 Civ. 3214, 2010 WL 3000028, at *1 (S.D.N.Y. July 23, 2010)).  The letter must also address how much of the proposed settlement plaintiff's attorney shall be seeking as fees.  *Cheeks*, 796 F.3d at 203, 206.  Absent special circumstances, the Court will not approve any settlement agreement that is filed under seal or in redacted form.  *Id.* at 206.

The parties are directed to file a letter or stipulation, in accordance with the instructions above, on or before September 8, 2023. All other filing deadlines, conference dates, and the trial date are adjourned *sine die*.

SO ORDERED.

Dated: August 9, 2023
New York, New York

_____
J. PAUL OETKEN
United States District Judge