UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL RIVERA, *et al.*,

                    Plaintiffs,

          -v-

787 COFFEE LLC, *et al.*,

                    Defendants.

22-CV-1596 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      On October 3, 2023, the Court approved a settlement in this Fair Labor Standards Act ("FLSA") case allocating $130,000.00 to Plaintiffs in connection with their FLSA claims, $43,626.94 of which would be collected in attorney's fees and costs. (ECF No. 72.) The Court had reviewed the terms of the proposed settlement and found them to be fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

      On October 6, 2023, Plaintiffs filed a supplemental letter informing the Court that, in their motion for approval of the settlement, they had inadvertently omitted the costs of court-reporter fees in the amount of $993.30. (ECF Nos. 73, 74.) Plaintiffs now ask the Court to issue a revised award accounting for those omitted costs.

      The Court approves Plaintiffs' request and revises its original order at ECF No. 72 to grant Plaintiffs' request for a revised award of attorney's fees and costs of $44,289.14, out of a total of $130,000.00 to be allocated to Plaintiffs.

      SO ORDERED.

Dated: October 11, 2023
       New York, New York

                                                  J. PAUL OETKEN
                                                 United States District Judge